UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ACCESS 4 ALL, INC., a Florida Non-Profit Corporation, and JOE HOUSTON, Individually,

   Plaintiffs,

vs.

BANK OF AMERICA, N.A., a National Association,

   Defendant.
_____/

CASE NO. 1:11-cv-24140-RNS

## NOTICE OF SETTLEMENT

  Defendant, BANK OF AMERICA, N.A. ("Bank of America"), by and through its undersigned counsel and pursuant to Local Rule 16(f)(2), hereby notifies the Court and all interested parties that the Plaintiffs and Defendant have settled the above-referenced matter. Once the parties have finalized the related settlement documents, the parties will be filing a Stipulation of Dismissal with Prejudice.

       Respectfully submitted,

       /s/ David B. Stauber
       J. RANDOLPH LIEBLER, ESQ.
       Florida Bar No. 507954
       E-mail: jrl@lgplaw.com
       DAVID B. STAUBER, ESQ.
       Florida Bar No.: 0085446
       **LIEBLER, GONZALEZ & PORTUONDO, P.A.**
       44 West Flagler Street, 25th Floor
       Miami, FL  33130
       Tel: (305) 379-0400
       **Attorneys for Bank of America, N.A.**

– 1 –

**LIEBLER, GONZALEZ & PORTUONDO, P.A.**
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130   (305) 379-0400

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 22nd day of August 2012, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

                                              /s/David B. Stauber_____
                                              DAVID B. STAUBER

Lawrence Arthur Fuller, Esq.
Fuller Fuller & Associates PA
12000 Biscayne Boulevard
Suite 609
North Miami, FL 33181
305-891-5199
Fax: 893-9505
Email: lfuller@fullerfuller.com

– 2 –

**LIEBLER, GONZALEZ & PORTUONDO, P.A.**
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130   (305) 379-0400