UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ACCESS 4 ALL, INC., a Florida Non-Profit
Corporation, and JOE HOUSTON, Individually,

        Plaintiffs,

v.

**Case No:1:11-cv-24140-RNS-TED**

BANK OF AMERICA, N.A., a National
Association,

        Defendant.
_____/

### FINAL ORDER DISMISSING CASE

THIS CAUSE came before the Court on the Stipulation For Dismissal of the Case, and the Court having reviewed the pleadings and papers filed in this cause, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the above-styled cause be and the same is hereby DISMISSED with prejudice, with the Court retaining jurisdiction to enforce the terms of the Settlement Agreement. To the extent not otherwise disposed of herein, all pending motions are hereby DENIED as moot and the case is closed.

DONE AND ORDERED in Chambers at, __Miami, FL_____, this __7th__ day of __September__, 2012.

                                          _____
                                          **UNITED STATES MAGISTRATE JUDGE**

cc: Counsel of Record